AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Matthew Schmitz<br><br>*Defendant* | )<br>)  Case: 1:23-mj-00137<br>)  Assigned To : Harvey, G. Michael<br>)  Assign. Date : 6/21/2023<br>)  Description: Complaint W/ Arrest Warrant<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Matthew Schmitz ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date:     06/21/2023                        G. Michael Harvey
                                            Digitally signed by G. Michael Harvey
                                            Date: 2023.06.21 13:23:34 -04'00'
                                            _____
                                            *Issuing officer's signature*

City and state:     Washington, D.C.        G. Michael Harvey, U.S. Magistrate Judge
                                            *Printed name and title*

---

**Return**

This warrant was received on *(date)* 6/21/23 , and the person was arrested on *(date)* 6/22/23
at *(city and state)* Lindenhurst, NY .

Date: 6/22/23

                                            _____
                                            *Arresting officer's signature*

                                            Kevin Gallagher, SA
                                            *Printed name and title*