UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 23-332 (RBW) |
| ) | |
| MATTHEW SCHMITZ, ) | |
| ) | |
| Defendant. ) | |

### ORDER

In accordance with the oral rulings issued by the Court at the arraignment hearing held on October 17, 2023, it is hereby

**ORDERED** that, on December 15, 2023, at 10:30 a.m., the parties shall appear for a status hearing before the Court, via videoconference. It is further

**ORDERED** that, with the consent of both the defendant, Matthew Schmitz, and the government, the time between October 17, 2023, and December 15, 2023, is excluded under the Speedy Trial Act, in light of the parties' wish to engage in plea negotiations.

**SO ORDERED** this 17th day of October, 2023.

REGGIE B. WALTON
United States District Judge