UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 23-332 (RBW) |
| ) | |
| MATTHEW SCHMITZ, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon consideration of the government's Unopposed Motion to Continue and Exclude Time Under the Speedy Trial Act, ECF No. 17, it is hereby

**ORDERED** that the government's Unopposed Motion to Continue and Exclude Time Under the Speedy Trial Act, ECF No. 17, is **GRANTED**. It is further

**ORDERED** that the status hearing currently scheduled for December 15, 2023, is **CONTINUED** to January 16, 2024, at 9:00 a.m. The parties shall appear for the status hearing before the Court via videoconference. It is further

**ORDERED** that, on or before December 15, 2023, the defendant shall file a signed waiver on the docket indicating that he consents to waiving his Speedy Trial Act rights for the time between December 15, 2023, and January 16, 2024.

**SO ORDERED** this 14th day of December, 2023.

REGGIE B. WALTON
United States District Judge