UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MATTHEW SCHMITZ,<br><br>      Defendant. | Case No. 23-332 (RBW) |

### WAIVER OF SPEEDY TRIAL

    I, Matthew Schmitz, am the defendant in the above-captioned case. My attorney Tracey L. Eadie Gaffey of the Federal Defenders of New York, Inc., explained to me my right to a speedy and public trial at the beginning of her representation of me. She reiterated those rights to me on December 14, 2023. I understand those rights and I consent to a waiver of Speedy Trial from December 15, 2023, until January 16, 2024 which I understand is the date set for a status conference on my case.

                                    Respectfully submitted,

                                  /s/ *Matthew Schmitz*
                                  Matthew Schmitz

## Certificate of Service

I certify that a copy of the forgoing was filed electronically for all parties of record on this 4th day of January 2024

/s/ *Tracey L. Eadie Gaffey*
Tracey L. Eadie Gaffey
Assistant Federal Defender
Attorney for Mr. Matthew Schmitz