# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 23-332 (RBW) |
| | ) | |
| MATTHEW SCHMITZ, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon consideration of the defendant's Waiver of Speedy Trial, ECF No. 20, it is hereby

**ORDERED** that, with the consent of the defendant, Matthew Schmitz, the time between December 15, 2023, and January 16, 2024 is excluded under the Speedy Trial Act.

**SO ORDERED** this 23rd day of January, 2024.

REGGIE B. WALTON
United States District Judge