**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>MATTHEW SCHMITZ, )<br>)<br>Defendant. ) | Criminal Action No. 23-332 (RBW) |

## ORDER

Upon consideration of the defendant's Waiver of Speedy Trial, ECF No. 24, it is hereby

**ORDERED** that, with the consent of the defendant, Matthew Schmitz, the time between January 16, 2024, and March 21, 2024 is excluded under the Speedy Trial Act.

**SO ORDERED** this 20th day of March, 2024.

*/s/ Reggie B. Walton*
REGGIE B. WALTON
United States District Judge