UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v.   ) <br> ) <br> MATTHEW SCHMITZ,   ) <br> ) <br> Defendant.   ) <br> ) | Criminal Action No. 23-332 (RBW) |

**ORDER**

In accordance with the Court's oral rulings issued at the status hearing held on March 21, 2024, it is hereby

**ORDERED** that on May 20, 2024, at 11:30 a.m., the parties shall appear for a status hearing before the Court via videoconference. It is further

**ORDERED** that, with the consent of the defendant, Matthew Schmitz, the time between March 21, 2024, and May 20, 2024, shall be excluded under the Speedy Trial Act for the reasons stated on the record.

**SO ORDERED** this 21st day of March, 2024.

REGGIE B. WALTON
United States District Judge