## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                        )   Criminal Action No. 23-332 (RBW)<br>)<br>MATTHEW SCHMITZ,                    )<br>)<br>Defendant.                 )<br>_____ ) | |

### ORDER

In accordance with the Court's oral rulings issued at the status hearing held on May 20, 2024, it is hereby

**ORDERED** that on June 20, 2024, at 11:30 a.m., the parties shall appear for a status hearing before the Court via videoconference. It is further

**ORDERED** that, with the consent of the defendant, Matthew Schmitz, and the government, the time between May 20, 2024, and June 20, 2024, shall be excluded under the Speedy Trial Act to allow the defendant time to determine how to proceed in this case.

**SO ORDERED** this 20th day of May, 2024.

REGGIE B. WALTON
United States District Judge