UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Criminal Action No. 23-332 (RBW) |
| MATTHEW SCHMITZ, | ) |
| Defendant. | ) |

**ORDER**

In accordance with the Court's oral rulings issued at the status hearing held on June 20, 2024, it is hereby

**ORDERED** that on August 19, 2024, at 11:30 a.m., the parties shall appear for a guilty plea hearing before the Court via videoconference. It is further

**ORDERED** that, with the consent of the defendant, Matthew Schmitz, and the government, the time between June 20, 2024, and August 19, 2024, shall be excluded under the Speedy Trial Act in the interest of justice to allow the defendant time to finalize his negotiations with the government regarding the resolution of this case by the entrance of a guilty plea.

**SO ORDERED** this 20th day of June, 2024.

REGGIE B. WALTON
United States District Judge