UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 23-332 (RBW) |
| ) | |
| MATTHEW SCHMITZ, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Upon consideration of the defendant's Unopposed Motion to Continue and Exclude Time Under the Speedy Trial Act, ECF No. 32, and for good cause shown, it is hereby

**ORDERED** that the defendant's Unopposed Motion to Continue and Exclude Time Under the Speedy Trial Act, ECF No. 32, is **GRANTED**. It is further

**ORDERED** that the guilty plea hearing currently scheduled for August 19, 2024, is **CONTINUED** to September 23, 2024, at 10:00 a.m. The parties shall appear for the guilty plea hearing before the Court via videoconference. It is further

**ORDERED** that, on or before August 9, 2024, the defendant, Mathew Schmitz, shall file a signed waiver indicating that he consents to excluding time under the Speedy Trial Act from August 19, 2024, to September 23, 2024.

**SO ORDERED** this 1st day of August, 2024.

REGGIE B. WALTON
United States District Judge