UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MATTHEW SCHMITZ,<br><br>    Defendant. | Case No. 23-332 (RBW) |

## WAIVER OF SPEEDY TRIAL

I, Matthew Schmitz, am the defendant in the above-captioned case. My attorney Tracey L. Eadie Gaffey of the Federal Defenders of New York, Inc., explained to me my right to a speedy and public trial at the beginning of her representation of me. She subsequently reiterated those rights to m. I understand those rights and I consent to a waiver of Speedy Trial from August 19, 2024 until September 23, 2024 which I understand is the date set for a plea hearing on my case.

Respectfully submitted,

/s/ *Matthew Schmitz*
Matthew Schmitz

1

## Certificate of Service

I certify that a copy of the forgoing was filed electronically for all parties of record on this 5th day of August 2024

/s/ *Tracey L. Eadie Gaffey*
Tracey L. Eadie Gaffey
Assistant Federal Defender
Attorney for Mr. Matthew Schmitz