UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
v. ) Criminal Action No. 23-332 (RBW)
)
MATTHEW SCHMITZ, )
)
Defendant. )

## ORDER

Upon consideration of the defendant's Waiver of Speedy Trial, ECF No. 35, it is hereby

**ORDERED** that, with the consent of the defendant, Matthew Schmitz, the time between August 19, 2024, and September 23, 2024, is excluded under the Speedy Trial Act.

**SO ORDERED** this 5th day of August, 2024.

REGGIE B. WALTON
United States District Judge