EXHIBIT A

To The Honorable judge Reggie B. Walton

United States District Judge

Dear Judge Reggie Walton,

My name is Jesselynn Boiko, I am the wife of Matthew Schmitz. I have been with my husband for 11 years now and have been married 2 years. We met when we were in high school but at the time were dating other people but in the same friend group. We later ran into each other after high school in our 20's and started dating in 2013 and as people say the rest was history.

I am writing to you today to give you a little insight into the man Matthew has become since then 1/6/21. Matthew has grown into such an amazing man since then; ▆▆▆▆▆▆ ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ and we have another girl on the way, expected on ▆▆▆▆▆▆ He has become the pillar to our family and not just for me and my daughter but also to his mother and my parents as well. He is a responsible and hardworking man who takes care of his family. He is a wonderful father to our daughter and never misses a moment being with her. I would say that having our daughter saved his life in a lot of ways and made him grow up the way that he did, and I thank God for that every day. Through his job working as a salesman on Long Island he has built a very good name for himself and is revered by his colleagues and community in the electrical business. Being with Matthew for as long as I have, I can tell you from that January to now he is a completely different person, and he would never jeopardize losing his family and what he has built in his life since then. I know that this does not excuse him for what he has done but I hope this letter helps show you a little into the man he is today and not the man he was. Whatever sentence you give him I pray you take this letter into consideration and how important he is to us and to his community.

Kindest regards,

Jesselynn Boiko

Dear Honorable Reggie B. Walton

My name is Dorothy Schmitz,

I am Matthew's mother. I am a credit Representative for a large Dental/Medical supply company Henry Schein, Inc. in Melville, NY since 2005. I now work from home as most of my fellow employees. We were all sent home in March 2020 during the pandemic. Being a registered Democrat I was disappointed to find out my son went to the Former Presidents rally on Jan 6th. I did not know he entered the Capitol until he was arrested, when his wife called me to go with her to the courthouse to bail him out. I trusted him to do the right thing, so I signed the $50K bond. The man that was arrested then is different from the man I know today. Matthew is a husband and father now. My son has grown into a responsible good-hearted man.

My wife Mary Ellen and I have been together 19 years and reside in a nice cozy home in Lindenhurst. I am getting older now and Matthew has become a great help to me. I have become less able to get around with my debilitating pain from rheumatoid arthritis. Matthew is there for me and my wife constantly. He shows up whenever we ask him. There are many chores we can no longer do without assistance. When my mom was staying with us for a couple of months before passing away Matthew would come by every day to make sure she was taking her medication and not using the stove to burn down the house. Most of the time he made her lunch while I was at work.

Now seeing him on weekends standing at my BBQ while his daughter runs around my yard with the dog is amazing. I cannot imagine he was ever that other younger irresponsible man. Now they are expecting another daughter in ███████ I am hoping he will be there to be able to provide for them. He has been working 2 jobs to support his little family. Last week we had my wife's brother and sisters over for dinner and of course Matt and Jesse came and brought Natalie (our granddaughter) to show her off upon our request to see them. After dinner Matt picked out a DVD to put on while having dessert, we all thought he would have picked a Star Wars or a Disney movie, but he put in The Sound of Music. My in-laws were laughing at the movie he chose. I am not sure if it's for his daughter or himself, he is an old soul. I think it's because he grew up with me as a single mom and his Yaya (my mom).,

I hope this gives you a little insight into Matthew. I love my son, and I am proud of the man he is today.

Sincerely & Honestly Yours,

Dorothy A. Schmitz





9/25/2024

Honorable Reggie B. Walton
United States District Judge

Re: Matthew Schmitz

## Judge Walton

I am writing this letter in support of my nephew Matthew Schmitz. I have recently retired from teaching high school for the past 38 years and am now employed full time with Special Olympics New Hampshire as a Schools Manager. Although I have lived in NH for the past 39 years, I have always been amazed how close our family has remained. This is attributed to our upbringing and that family is of the utmost importance. I truly believe Matthew also possesses this belief. He has been raised by my sister Dori with my mother, his Yaya, by his side. As a family, we have remained in support of each other and have rarely missed personal milestones. My mother, Dori, and Matthew traveled to NH for many birthdays, graduations, and other celebrations and my family has traveled to NY yearly to attend and celebrate numerous family functions. I do know Matthew takes his family responsibilities seriously. There are many times when I am talking to my sister Dori on the phone and it is mentioned that Matthew is visiting or will be visiting, especially with his daughter, Natalie, and wife Jess. I can only imagine this will continue and be more frequent with a second daughter on the way. I also cannot imagine how much of a hardship his family will endure if Matthew is not able to provide for them.

Please consider what I have written when making your decision. Being present for his family, especially since he will have a second daughter in March, is very important for all his family.

Sincerely,

Mary jean Hippern

Constance Schmitz



September

Re: Matthew Schmitz

Honorable Reggie B. Walton

United States District Judge

Your Honor,

I am writing to support Matthew Schmitz, my nephew, my sister Dorothy's son. I retired 3 years ago as the Landscape Specialist at Union College in Schenectady, New York after 28 years and managed my small landscaping business for 35 years. I live a short distance south of Saratoga, New York.

I have known Matthew since birth. Even though I may have lived a distance from him, my mom made it a point to keep our family very close, something our family holds very dear.

Matthew has been a responsible husband and father to his young daughter. With another daughter expected in March, I am concerned that a sentence that will take him away from his employment will devastate his family. Please consider a lenient sentence.

Sincerely,

*Constance Schmitz*

Honorable Reggie B. Walton

September 19,2024

Judge Walton,

I am Matthew's Schmitz Uncle, Lawrence Schmitz. I am a retired manager for 29 years at USAA. Our family was raised with strong ethics and values with my mother and father after my dad's career in the marines. I lived with my mother and Mathew's mom before Matthew was born. Matthew has always been in our lives. Matthew was raised by his mother and lived with my mom, his Yaya, for a good part of him being raised. My wife, Patricia, and I have been with Matthew's his whole life. My wife had many conversations with Matthew about his faith and growth in church. It was great to see Matthew marry and start his family. Now expecting his second daughter. I was very surprised when I heard Matthew acting totally out of character. My wife and I are always available to help and guide Matthew. Please consider my comments when you make your decision and allow Matthew a chance to learn this lesson with his family.

Sincerely
Lawrence and Patricia Schmitz



September 23, 2024

Re: Matthew Schmitz

Your Honor,

My name is Susan Schmitz, and I am writing this letter to express my support for a lenient sentence for Matthew Schmitz.   I have known Matt since he was born.  I am his aunt, and until three years ago I lived near him and his mom and watched him grow up. Matthew grew up in a fairly large extended family, which included aunts, uncles, and cousins.  We shared holidays, birthdays and all other life events together.  He was a good kid, grew up, started working, got married, had a daughter, and now he and his wife are expecting another child.

I spoke with Matt the other day, and I believe he feels remorse for the actions he took on January 6th.  While I acknowledge the seriousness of Matt's actions on that day, I would like you to consider that his family needs him at this time for both financial and caregiving responsibilities.  I believe his wife and child would be greatly impacted by any absence that you may be considering. He has never wavered from his familial responsibilities, and I know that he will not in the future.

I appreciate your time and consideration in this matter.

Sincerely,
Susan M. Schmitz



**Burgoyne** ELECTRICAL SALES, INC.    Manufacturers Representative

110 McGaw Drive • Raritan Industrial Center
Edison, New Jersey 08837

NJ 732-225-0450 • NY 800-423-ELEC
FAX: 732-225-7454

9/24/2024

Honorable Reggie B. Walton
United States District Court
Courthouse 333 Constitution Avenue, N.W.
Washington, D.C. 20001

Dear Judge Walton,

My name is Glenn Engermann and I am the President of Burgoyne Electrical Sales. I am writing to you on behalf of Matthew Schmitz an outside salesman for our company since November of 2021. I can only speak to Matthew's character after the incident in question since I have only known him for that period of time. Matthew sought employment from us after leaving another Manufacturer's Representative who had dissolved their company in the interest of retirement. We received a number of references which were all positive in favor of Matthew's work ethic and moral compass. That said, we hired him and have been pleased with his performance ever since, he is an integral part of our company who would be difficult to replace.

Matthew brought to my attention that he was going to be charged for his actions which occurred on January 6, and stated that he would fully understand if I felt the need to let him go, not once but a few times. He was concerned for Burgoyne's reputation in the NY/NJ metropolitan area which I truly appreciated. I felt this took a lot of courage on his behalf and stated that we will see where this process takes us and that you have my full support. Matthew's demeanor is rather calm and sedate, so I must say I was surprised to hear from him that he had entered the Capital for under a minute. My thoughts now are, that he was a young man who got caught up in the moment. He ended up following a crowd of people into a building which he knows in retrospect was a mistake on his part. I can tell by his integrity that he expressed no ill intent to overthrow the government on January 6, nor would he in the future.

If you are not aware, Matthew was married on 8/26/22 and has a two-year-old daughter. His family and work life are stable as I see it. He is involved with his community and leads a normal family life. I would hate to see this mistake that he has made three years ago impact his life indefinitely, please take that into consideration when you render your decision. I want to thank you for your time and consideration.

Respectfully,

Glenn Engermann
President Burgoyne Electrical Sales

September 24, 2024

To Whom It May Concern,

I am writing this letter to provide a character reference for Mathew Schmitz. I have had the privilege of knowing and working with Mathew for the last four years at Burgoyne Sales where I work, and we have collaborated on a weekly basis. Throughout this time, I have only had positive experiences with him, and I can confidently say that he is a person of exceptional character.

Mathew is a dedicated family man, with one child and another on the way as his wife is currently expecting. His commitment to both his family and his professional responsibilities is a testament to his integrity and work ethic.

In all my interactions with Mathew, he has demonstrated the highest level of professionalism, always conducting himself with honesty and respect. His character is one marked by reliability, trustworthiness, and an unwavering sense of responsibility. I have never known him to compromise his values or to act in anything other than a straightforward and ethical manner.

I am confident that Mathew Schmitz will continue to exhibit these outstanding qualities in all areas of his life and work. Should you require any further information, please do not hesitate to contact me.

Sincerely,
Lisa Martin

732-225-7454 ext. 215





SALES, INC. Electrical Manufacturer's Representative

September 28, 2024

Honorable Reggie B. Walton

Ref: Matthew Schmitz

Your Honor,

My name is Michael Ferranti, Vice President of Burgoyne Sales (Edison, NJ) of 40 years. Burgoyne has been in the manufacturer representative business for 52 years. We cover the NY / NJ territory. After our salesman retired in Long Island five years ago, we went through four other salesmen looking for someone to replace him. I heard that Matthews company was being sold and found out that Matthew was available. After reaching out to our customers in Long Island to find out more about him, they all said the same thing "Hire him". I reached out to him and hired him on the spot. He has been well received by his customers, our manufacturers and their regional managers. He never misses a day & he does everything we ask of him and more. His sales figures on Long Island have grown each of the three years he has been with us and has solidified the Island for us.

Matthew is married, with a daughter and one on the way. He is great family man and an incredibly hard worker. Matthew called me to tell me what happened, and he said, "It's OK if you let me go, I understand". I said "No, we believe in you and are too important to us". I'm sure he will not re-offend nor flee the country.

Please consider my comments when you make your decision.

Regards,

Mike Ferranti, VP, CPMR
Burgoyne Sales
110 McGaw Dr
Edison, NJ 08837

P 732-225-0450 x251
F 732-225-7454
C 908-616-4540

mike@burgoynesales.com
www.burgoynesales.com

**FRANK NOVIELLO**

7 Livingston Avenue
Jericho, NY 11753
(516) 578-6543
Frank.Noviello1@gmail.com

25 September 2024

Honorable Reggie B. Walton
United States District Court Judge
333 Constitution Avenue N.W.
Washington, D.C. 20001

Dear Judge Walton,

I am the former President of Kelly & Noviello Associates, Inc. an electrical supplies sales company in West Babylon NY. Matthew Schmitz was my employee from March 2013 until September 2021, when I retired and my firm ceased operations.

I first met Matthew in 2013 when he applied for a position I had advertised. Matthew was 23 years old at the time and had absolutely no experience in the type of work the job entailed. None the less, he was a very impressive young man and I decided to give him a chance to learn on the job. My decision to hire him proved to be a good one as Matthew quickly demonstrated that he was very motivated, eager to learn and had a great attitude and work ethic. He was soon responsible for handling several of our major accounts and regularly helped his co-workers in our office, including those with more experience. He always was eager to go over and beyond with any task. Had I not retired, I have no doubt that I would want Matthew to still be part of my company, with even greater responsibility.

I believe his poor decisions on January 6, 2021 were the result of youthful indiscretion, and getting caught up with a misdirected group of people, both totally out of character for Matthew. He has since gotten married, become a father, and is expecting another child in March. He has a stable work record. He received numerous employment offers when he became available due to my retirement and has remained in our industry. I understand he has continued his success with his new employer as a respected member of the sales community and no longer associates with the people who led to his error in judgement.

Matthew is a stable family man with strong ties to his community. He, and his family, have already suffered the punishment of being embarrassed by the repeated local newspaper and TV photos and articles about his actions and arrest in June 2023. I am sure Matthew will never repeat any actions like those of January 6 and holds no ill feelings toward the US Government.

I hope you will take this into consideration when rendering your decision.

Respectfully,

Frank Noviello